David A. Chami, AZ #027585
david@pricelawgroup.com
PRICE LAW GROUP, APC
8245 N. 85th Way
Scottsdale, AZ 85258
T: (818) 600-5564
F: (866) 600-5464

Kian Mottahedeh (SBN 247375)
John D. Sarai (SBN 259125)
SM LAW GROUP, APC
16130 Ventura Blvd., Suite 660
Encino, CA 91436
T: (818) 855-5950
F: (818) 855-5952
kian@smlawca.com
john@smlawca.com

Attorneys for Plaintiffs,
Arnoldo & Maria Jara

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| ARNOLDO & MARIA JARA, | Case No. 2:17-cv-04598-ODW-RAO |
|---|---|
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| vs. | |
| GC SERVICES LIMITED PARTNERSHIP; AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiffs, Arnoldo & Maria Jara, and Defendant, GC Services Limited Partnership, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and

expect to file a Stipulated Dismissal with Prejudice within the next forty-five (45) days. Plaintiffs request that the Court vacate all pending deadlines and hearings in this matter, as there are no remaining defendants. Plaintiffs also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 9th day of July 2018.

| | |
|---|---|
| /s/David A. Chami | /s/Stephen H. Turner |
| David A. Chami, AZ #027585 | Stephen H. Turner, SB# 89627 |
| david@pricelawgroup.com | Larissa G. Nefulda, SB# 201903 |
| PRICE LAW GROUP, APC | LEWIS BRISBOIS BISGAARD & |
| 8245 N. 85th Way | SMITH LLP |
| Scottsdale, AZ 85258 | 633 West 5th Street, Ste. 4000 |
| T: (818) 600-5564 | Los Angeles, CA 90071 |
| F: (866) 600-5464 | Telephone : 213.250.1800 |
| | Facsimile : 213.250.7900 |
| | Stephen.Turner@lewisbrisbois.com |
| | Larissa.Nefulda@lewisbrisbois.com |
| Attorneys for Plaintiffs, | Attorneys for Defendant, |
| Arnoldo & Maria Jara | GC Services Limited Partnership |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/Elizabeth Nanez

- 2/2 -

NOTICE OF SETTLEMENT