1  David A. Chami, AZ #027585
2  david@pricelawgroup.com
   PRICE LAW GROUP, APC
3  8245 North 85th Way
   Scottsdale, AZ 85258
4  T: (818) 600-5515
5  F: (866) 401-1457

6  Kian Mottahedeh (SBN 247375)
7  John D. Sarai (SBN 259125)
   SM LAW GROUP, APC
8  16130 Ventura Blvd., Suite 660
   Encino, CA 91436
9  T: (818) 855-5950
10 F: (818) 855-5952
   kian@smlawca.com
11 john@smlawca.com

12 Attorneys for Plaintiffs,
13 ARNOLDO AND MARIA JARA

14

15 LEWIS BRISBOIS BISGAARD & SMITH LLP
   STEPHEN H, TURNER, SB# 89627
   E-Mail: Stephen.Turner@lewisbrisbois.com
16 LARISSA G. NEFULDA, SB# 201903
   E-Mail: Larissa.Nefulda@lewisbrisbois.com
17 633 West 5th St., Ste. 4000
   Los Angeles, CA 90071
18 Phone: 213-250-1800
   Fax: 213-250-7900
19
20 Attorneys for Defendant,
   GC SERVICES LIMITED PARTNERSHIP

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**

| | |
|---|---|
| ARNOLDO & MARIA JARA,<br><br>Plaintiffs,<br><br>vs.<br><br>GC SERVICES LIMITED PARTNERSHIP, et al.,<br><br>Defendants. | Case No. 2:17-cv-04598-ODW-RAO<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiffs Arnoldo and Maria Jara, by and through their attorneys, Price Law Group APC and SM Law Group, APC, and Defendant GC Services Limited Partnership ("GC"), by and through its attorneys, Lewis Brisbois Bisgaard & Smith LLP, hereby stipulate to dismiss Plaintiffs' claims against GC, with prejudice, pursuant to Rule 41(a)(2), with each party to bear its own costs and attorneys' fees.

Respectfully submitted this 10th day of September 2018.

| PRICE LAW GROUP, APC<br><br>*/s/ David A. Chami*<br>David A. Chami, AZ #027585<br>david@pricelawgroup.com<br>Attorneys for Plaintiffs | LEWIS BRISBOIS BISGAARD<br>& SMITH LLP<br><br>*/s/Larissa G. Nefulda*<br>Larissa G. Nefulda, SB# 201903<br>Larissa.Nefulda@lewisbrisbois.com<br>Attorneys for Defendant |

**ATTESTATION OF SIGNATURE:**

Pursuant to Local Rule 5-4.3.4(a)(2)(i) regarding signatures, I, David A. Chami, hereby attests that concurrence in the filing of this document and its content has been obtained by Larissa G. Nefulda.

DATED: September 10, 2018                    /s/*David A. Chami*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ *Maria Marsceill*