# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLDO JARA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:17–cv–04598–ODW–RAO<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __9/10/2018__

Document Number(s):   __65__

Title of Document(s):   __Stipulation to dismiss party__

**ERROR(S) WITH DOCUMENT:**

Title page is only of attorneys of record list... Court title, caption, case number and document title is found on page 2

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 10, 2018          By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS